PHILLIP A. TALBERT
Acting United States Attorney
GRANT B. RABENN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

SEALED


FILED
JUL 29 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CAL...

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF: ) CASE NO. 1: 16 MJ 00095 EPG
)
UNITED STATES, ) **UNDER SEAL**
)
        Plaintiff, ) SEALING ORDER
)
v. )
)
ABDULLAH ALMASHWALI, and )
CHAUDHRY AHMAD FAROOQ, )
)
        Defendants. )

    The United States of America, having applied to this Court, for an Order permitting it to file the Complaint, Application and Affidavit, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

    IT IS HEREBY ORDERED that the Warrant, Application and Affidavit in the above-entitled proceeding, together with the Application To Seal, shall be filed with the Court under seal and shall not be disclosed ~~pending further order of this court.~~ for 180 days. The government may request additional time prior to expiration of this period.

DATED: 7/27/16

                                          HON. ERICA P. GROSJEAN
                                          U.S. MAGISTRATE JUDGE