IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABDULLAH ALMASHWALI and, ) <br> CHAUDHRY AHMAD FAROOQ ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. 1:16-MJ-00095 EPG <br><br> ORDER TO FILE REDACTED COMPLAINT <br><br> **FILED** <br> AUG 03 2016 <br> CLERK, U.S. DISTRICT COURT <br> EASTERN DISTRICT OF CALIFORNIA <br> BY _____ <br> DEPUTY CLERK |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on JULY 29, 2016 be remain sealed and the redacted version of the Complaint filed August 3, 2016 shall be unsealed.

DATED: August 3, 2016

_/s/ Sheila K. Oberto_
SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE