H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
ABDULLAH ALMASHWALI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> ABDULLAH ALMASHWALI, ET. AL. <br><br> Defendants. | Case No. 1:16-CR-127-DAD(BAM) <br><br> ORDER RE CONTINUNCE OF STATUS CONFERENCE <br><br> NEW DATE: NOV. 28, 2016 <br><br> Time: 1:00 PM |

GOOD CAUSE HAVING BEEN SHOWN, it is ordered that the status conference in this matter be continued from Oct. 24, 2016 to Nov. 28, 2016 at 1:00PM before Judge McAuliffe. The Court also finds:

The time period of Aug. 31, 2016 for defendant Almashwali and Sept. 7, 2016 for defendant Farooq, through Nov. 28, 2016, inclusive, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A),(B)(i), and (B)(iv) because the delay results from a continuance granted by the Court at defendants' request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding

impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

So ordered.

IT IS SO ORDERED.

Dated: __**October 18, 2016**__        /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE