VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
764 P Street, Suite 13
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

H. DEAN STEWARD, ESQ., SBN 85317
107 Avenida Miramar, Suite C
San Clemente, CA 92672
Office: (949) 481-4900
Fax: (949) 496-6753

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITEDS STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDULLAH ALMASHWALI,<br><br>Defendant. | CASE NO. 1:16-CR-00127 DAD<br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING ON MOTIONS** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA McAULIFFE AND GRANT RABENN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ABDULLAH ALMASHWALI, by and through his attorneys of record, Virna L. Santos and Dean Steward, hereby requesting that the hearing on defendant's Motion for Bill of Particulars and Motion for Discovery currently set for March 6, 2017 be continued to **March 13, 2017 at 3:00 p.m.**  It is further requested that Attorney

Santos be permitted to appear by phone at said hearing, as she will be out of the district on a work-related matter.

This request is premised on defense counsel's unavailability on the currently set hearing date.  AUSA Grant Rabenn has no objection to the requested continuance. The parties also agree that the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IS SO STIPULATED.**

Respectfully Submitted,

DATED:  February 22, 2017          /s/_____
                                   VIRNA L. SANTOS
                                   Attorney for Defendant
                                   ABDULLAH ALMASHWALI


                                   /s/_____
                                   H. DEAN STEWARD
                                   Attorney for Defendant
                                   ABDULLAH ALMASHWALI


DATED:   February 22, 2017         /s/_____
                                   GRANT RABENN
                                   Assistant U.S. Attorney

////
////
////
////
////
////
////
////
////

# ORDER

The motions (Docs. 48 and 68) hearing currently set for March 6, 2017 is hereby continued to March 13, 2017 at 3:00 p.m.  It is further ordered that Attorney Santos may appear by phone by using the following dial-in number and passcode: *dial-in number 1-877-411-9748; passcode 3190866*.

**"Counsel are directed to meet and confer on the motion.  Counsel are directed to inform the Court, by email to Courtroom Deputy Harriet Herman, no later than 2:00 p.m. on March 7, 2017 whether any issues remain for the Court's decision and if so, which specific items remain at issue."**

Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO ORDERED.**

Dated:   **February 22, 2017**           /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE